UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CEASAR TRAHAN

VERSUS

LAFAYETTE CITY-PARISH
CONSOLIDATED GOVERNMENT,
ET AL.

CIVIL ACTION NO. 6:18-cv-0135

UNASSIGNED DUTY JUDGE

MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the defendants' motion to dismiss (Rec. Doc. 9) is GRANTED IN PART and DENIED IN PART. More particularly, the motion to dismiss the plaintiff's claim for the recovery of punitive damages in connection with the Section 1983 claims is GRANTED with regard to the plaintiff's Section 1983 claims against the Lafayette City-Parish Consolidated Government and the two police officers – defendants Tyler Howerton and Brandon Lemelle – in their official capacities, and those claims are dismissed with prejudice; the motion to dismiss the

plaintiff's state-law punitive damages claims against the Lafayette City-Parish Consolidated Government, Tyler Howerton, and Brandon Lemelle is GRANTED, and those claims are dismissed with prejudice; and the motion is denied with regard to any claims for punitive damages that were asserted against Tyler Howerton and Brandon Lemelle in connection with the Section 1983 claims against them in their individual capacities.

Signed at Monroe, Louisiana, this 5th day of September, 2018.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE